**CT Corporation**

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

213 627 8252 tel
www.ctlegalsolutions.com

☑ FILED
☐ ENTERED
☐ LODGED
☐ RECEIVED

MAY 23 2011

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JD                    DEPUTY

May 18, 2011

Christopher R. Bush
Law Offices of John C. Colwell
121 Broadway, Suite 533
San Diego, CA 92101

Re: Bernard P. Ruba and Josie J. Ruba, Debtors // To: Citibank (South Dakota) N.A.

Case No. 1103879MM7

Dear Sir/Madam:

We are herewith returning the Notice, Motion and Exhibit which we received regarding the above captioned matter.

Citibank (South Dakota) N.A. is not listed on our records or on the records of the State of CA.

Very truly yours,


Vivian Imperial
Sr. Process Specialist

Log# 518539437

FedEx Tracking# 797113886609

cc: United States Bankruptcy Court, Southern District
    325 West "F" Street
    San Diego, CA 92101-6991